<u>IN THE COMMONWEALTH COURT OF PENNSYLVANIA</u>

Wesley Wheatley, :
                Petitioner :
                 :
         v. :
                 :
Pyramid Hotel Group (Workers' :
Compensation Appeal Board), :
          Respondent :      No. 1017 C.D. 2022

**<u>PER CURIAM</u>**             **<u>O R D E R</u>**

      NOW, March 7, 2024, upon consideration of Petitioner's application for reargument, the application is DENIED.